UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,
          Plaintiff,

v.

STRUCTURE TONE ORGANIZATION;
PAVARINI NE CONSTRUCTION CO.;
ROBERT YARDIS; and MICHAEL
MELANOPHY,
          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7307 (VB)

    Defendants having filed a motion to dismiss the complaint (Doc. #18), it is HEREBY ORDERED:

    1.    Defendants' motion is GRANTED IN PART and DENIED IN PART.

    2.    As set forth in the Notice of Initial Conference dated May 1, 2020 (Doc. #30), the initial conference in this case is scheduled for **May 26, 2020, at 9:30 a.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. The initial conference will be conducted by telephone conference. The parties shall comply in all respects with the Notice of Initial Conference and be prepared to discuss the next steps in this case.

    3.    By May 22, 2020, the parties shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

    The Clerk is instructed to terminate the pending motion. (Doc. #18).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 1, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.