UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,

         Plaintiff,

v.

         **ORDER**

STRUCTURE TONE ORGANIZATION;
PAVARINI NE CONSTRUCTION CO.;         19 CV 7307 (VB)
ROBERT YARDIS; and MICHAEL
MELANOPHY,

         Defendants.
--------------------------------------------------------------x

    The Court conducted an on-the-record initial conference today, at which plaintiff, proceeding pro se, and counsel for defendants, appeared by telephone.

    Accordingly, it is HEREBY ORDERED:

1. For the reasons stated on the record, plaintiff's ADA disability discrimination and retaliation claims against Structure Tone Organization and Pavarini NE Construction Co., and plaintiff's FMLA retaliation claim against all defendants, shall proceed. All other claims are dismissed.

2. By June 9, 2020, defendants shall file an answer to the complaint.

3. The next case management conference is scheduled for February 15, 2021, at 9:30 a.m.

Dated: May 26, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge