UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,
            Plaintiff,

v.

**ORDER**

STRUCTURE TONE ORGANIZATION;
PAVARINI NE CONSTRUCTION CO.;
ROBERT YARDIS; and MICHAEL
MELANOPHY,
            Defendants.

19 CV 7307 (VB)

--------------------------------------------------------------x

      The Court conducted an on-the-record pre-motion conference today, at which plaintiff, proceeding pro se, and counsel for defendants, appeared by telephone.

      Accordingly, it is HEREBY ORDERED:

1. Defendants' motion for a protective order is due July 29, 2020.

2. Plaintiff's opposition to the motion is due August 12, 2020.

3. Defendants' reply, if any, shall be due August 19, 2020.

Dated: July 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge