# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 4, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeffrey Seigel<br><br>                             Plaintiff(s),<br><br>- *against* -<br><br>Structure Tone Organization, et al.,<br><br>                            Defendant(s). | **SCHEDULING ORDER**<br>Discovery Dispute<br>7:19-cv-07307-VB-PED |

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **October 18, 2021** to address the discovery dispute referenced in Doc #'s 116 and 188.

**PLEASE NOTE JUDGE DAVISON'S COVID-19 ORDER** (docketed separately) setting forth procedures applicable to all civil cases.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 4, 2021**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge

10/4/21