UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Seigel.,

                Plaintiff,

- *against* -

Structure Tone Org., et al.,

                Defendants.

**ORDER
DIRECTING
SEALING**

19 Civ. 7307 (VB) (PED)

PAUL E. DAVISON, U.S.M.J.:

The Clerk is directed to **SEAL** Dkt. 128.

Defense counsel shall prepare and file a redacted version of Dkt. 128 (redacting Exhibit D) within five days of this Order.

Dated: October 18, 2021
      White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.