UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,
           Plaintiff,

v.

STRUCTURE TONE ORGANIZATION,
PAVARINI NE CONSTRUCTION CO.,
ROBERT YARDIS, and MICHAEL
MELANOPHY,
           Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7307 (VB)

    On November 10, 2021, the Court conducted a pre-motion conference, at which plaintiff pro se and counsel for defendants appeared by telephone. In the interest of meaningfully advancing settlement discussions, the parties agreed to serve, but not file, their summary judgment motion papers, and to continue negotiations in good faith thereafter.

    Accordingly, it is HEREBY ORDERED:

1. By **November 30, 2021**, defendants shall serve on plaintiff, but not file, their motion for summary judgment.

2. By **December 30, 2021**, plaintiff shall serve on defendants' counsel, but not file, his opposition to the motion.

3. By **January 18, 2022**, defendants shall serve on plaintiff, but not file, a reply, after which the parties shall resume discussing in good faith the possibility of settlement.

4. The parties shall serve a copy of all motion papers on Susanne Toes Keane, Esq., of the New York Legal Assistance Group, who previously assisted plaintiff in settlement discussions. Although plaintiff may utilize Ms. Keane's services with respect to further settlement discussions, he is under no obligation to do so.

5. By **March 1, 2022**, the parties shall file a joint letter informing the Court of the status of their settlement discussions. If the parties inform the Court that a settlement cannot be reached, the Court shall, at that point, set a deadline for the parties to file their motion papers.

Dated: November 12, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.