UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,
        Plaintiff,

v.

STRUCTURE TONE ORGANIZATION,
PAVIRNI NE CONSTRUCTION CO., ROBERT
YARDIS, and MICHAEL MELANOPHY,
        Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7307 (VB)

On April 8, 2022, defendants filed a motion for summary judgment (Doc. #146), along with a motion to file under seal certain exhibits attached to the motion. (Doc. #148). However, the motion to seal fails to comply with Paragraph 3.B of Judge Briccetti's Individual Practices and Section 6 of the Court's ECF Rules and Instructions, which require the movant to electronically file, under seal, a copy of the proposed sealed documents.

Also on April 8, 2022, defense counsel informed the Court by letter (Doc. #153) that it inadvertently filed on the public docket one of the summary judgment exhibits it seeks to file under seal: Doc. #146-21. Defense counsel notes that upon discovering the error, he immediately notified the Clerk's Office, which temporarily sealed the document and instructed counsel to "advise the Court of [the] inadvertent error." (Doc. #153). Under further direction from the Clerk, defense counsel then re-filed the motion for summary judgment without the inadvertently filed exhibit. (Doc. #152).

Accordingly, it is hereby ORDERED:

1. The motion to seal is DENIED WITHOUT PREJUDICE to re-filing in accordance with Paragraph 3.B of Judge Briccetti's Individual Practices and Section 6 of the Court's ECF Rules and Instructions. The Clerk is directed to terminate the motion. (Doc. #148).

2. The Clerk is directed to strike from the ECF docket the original motion for summary judgment. (Doc. #146)

Dated: April 11, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge