UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY S. SEIGEL,
          Plaintiff,

v.

STRUCTURE TONE ORGANIZATION,
PAVIRNI NE CONSTRUCTION CO., ROBERT
YARDIS, and MICHAEL MELANOPHY,
          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7307 (VB)

    On April 12, 2022, defense counsel informed the Court by letter (Doc. #162) that he inadvertently filed on the public docket certain attachments to defendants' motion to seal (Doc. #156) that he in fact sought to file under seal. Defense counsel notes that upon discovering the error, he immediately notified the Clerk's Office, which temporarily sealed the documents pending further direction from the Court. Defense counsel then re-filed the motion to seal without the inadvertently filed attachments. (Doc. #158). By separate Order, the re-filed motion to seal was granted. (Doc. #163).

    Accordingly, the Clerk is directed to strike from the ECF docket Doc. #156.

Dated: April 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge